## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CRIMINAL ACTION NO. 5:22-cr-00182** |
| | ) | |
| CHRISTOPHER J. SMYTH, | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

The Federal Grand Jury has returned an **Indictment** (ECF Doc. 1) by Summons against the above-named Defendant. Therefore, it is **ORDERED** that an Initial Appearance and an Arraignment Hearing shall take place before the undersigned Magistrate Judge on **October 6, 2022,** at **2:00 p.m.**

The Defendant may apply for court-appointed counsel by contacting Courtroom Deputy Tammy Davis at 304.327.0376 to complete a financial affidavit prior to the scheduled hearing.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant; to the Assistant United States Attorney; to the United States Probation Office; and to the United States Marshal Office.

**ENTERED**:   September 22, 2022.



Omar J. Aboulhosn
United States Magistrate Judge