# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 4/29/2024 | Case Number: | 5:22-cr-00182 |
| Case Style: | USA vs. Christopher J. Smyth | | |
| Type of hearing: | Criminal Jury Trial | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Sydney Johnston |

Attorney(s) for the Plaintiff or Government:

David Zisserson, Kavitha Bondada, Andrew Ascencio, Erik Goes

Attorney(s) for the Defendant(s):

Isaac Forman, Mike Hissam

| | |
|---|---|
| Law Clerk: | Sarah Fox |
| Probation Officer: | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:22 AM | 10:46 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:47 AM | 11:01 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:10 AM | 11:41 AM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 2 hours and 9 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

VOIR DIRE – April 29, 2024

Scheduled Start 9:00 a.m.
Actual Start 9:22 a.m.

Parties present for voir dire/jury selection.
Plaintiffs' present in person and by counsel.
Counsel notes appearances on the record.
36 jurors present.
Jurors given Oath on Voir Dire.
Court goes over voir dire questions with jurors.
Court takes a recess at 10:46 a.m.

Court resumed at 10:47 a.m.
Court addresses matters outside of prospective jurors.
Court takes a recess at 11:01 a.m.

Court resumed at 11:10 a.m.
Strikes for cause completed.
Counsel makes peremptory strikes.
Stricken jurors announced and excused.
Jury of 12 plus 2 alternates announced and seated to try issue.
Jury given oath to try the issue.
Voir dire/jury selection completed at 11:29 a.m.
Court excuses jury at 11:34 a.m.
Court takes up matters outside of jury presence.
Motion for sequestration; granted.
Court recessed at 11:41 a.m.