# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 4/29/2024 | Case Number: | 5:22-cr-00182 |
| Case Style: | USA vs. Christopher J. Smyth | | |
| Type of hearing: | Criminal Jury Trial | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Sydney Johnston |

Attorney(s) for the Plaintiff or Government:

David Zisserson, Kavitha Bondada, Andrew Ascencio, Erik Goes

Attorney(s) for the Defendant(s):

Isaac Forman, Mike Hissam

Law Clerk:        Sarah Fox

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:21 PM | 3:00 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:21 PM | 5:01 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 3 hours and 19 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

CRIMINAL JURY TRIAL - DAY ONE – April 29, 2024

Scheduled Start 9:00 a.m.
Actual Start 1:21 p.m.

Defendant present in person and by counsel.
Court addresses counsel outside of jury presence.
Court brings jury in at 1:24 p.m.
Kathiva Bondada makes opening statement on behalf of the United States'.
Isaac Forman makes opening statement on behalf of Defendant.
U.S. calls Tammy Thacker; oath given.
Direct by Mr. Ascencio.
Gov't exh 53, 56-2, 56-1, 19, 20, 61, 63, 62, 66, 60, 15, 15-1 marked/admitted.
Court takes a recess at 3:00 p.m.

Court resumed at 3:21 p.m.
Direct continues by Mr. Ascencio of Tammy Thacker.
Gov't exh 17, 25, 24, 17-1, 27, 82, 83, 84, 85, 88, 87, 47-2, 49-2, 48-2, 91, 16, 16-2, 16-1 marked/admitted.
Cross by Mr. Forman.
Def exh 46 marked/admitted.
Redirect by Mr. Ascencio.
Recross by Mr. Forman.
U.S. Calls Rose Sims; oath given.
Direct by Mr. Zisserson.
Gov't exh 5 marked/admitted.
Court excuses jury at 5:00 p.m.
Court recessed at 5:01 p.m.