# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 4/30/2024 | Case Number: | 5:22-cr-00182 |
| Case Style: | USA vs. Christopher J. Smyth | | |
| Type of hearing: | Criminal Jury Trial | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Sydney Johnston |

Attorney(s) for the Plaintiff or Government:

David Zisserson, Kavitha Bondada, Andrew Ascencio, Erik Goes

Attorney(s) for the Defendant(s):

Isaac Forman, Mike Hissam

Law Clerk:     Sarah Fox

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:22 AM | 10:01 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:08 AM | 10:46 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:11 AM | 12:00 PM | Court actively conducting trial proceedings/Contested proceedings |
| 1:20 PM | 2:24 PM | Court actively conducting trial proceedings/Contested proceedings |
| 2:52 PM | 4:54 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 5 hours and 12 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

CRIMINAL JURY TRIAL - DAY TWO – April 30, 2024

Scheduled Start 9:00 a.m.
Actual Start 9:22 a.m.

Defendant present and in person by counsel.
Court addresses matters outside of jury presence.
Court brings jury in at 9:34 a.m.
Direct continues by Mr. Zisserson of Rose Sims.
Gov't Exh 52 marked/admitted.
Cross by Mr. Hissam.
Redirect by Mr. Zisserson.
U.S. calls Rebecca Lovejoy-Buzzo; oath given.
Direct by Mr. Zisserson.
Court takes a recess at 10:01 a.m.

Court resumed at 10:08 a.m.
Direct continues by Mr. Zisserson of Rebecca Lovejoy-Buzzo.
Gov't Exh 193 marked, 7, 106 marked/admitted.
Cross by Mr. Forman.
Court takes a recess at 10:46 a.m.

Court resumed at 11:11 a.m.
Cross continues by Mr. Forman of Rebecca Lovejoy-Buzzo.
Redirect by Mr. Zisserson.
Gov't calls Justin Winter; oath given.
Direct by Ms. Bondada.
Gov't Exh 183 marked and published for demonstrative purposes.

Gov't exh 145, 175-1, 158, 159, 160, 115 marked/admitted.
Court takes a recess at 12:00 p.m.

Court resumed at 1:20 p.m.
Court takes up matters outside of jury presence.
Court brings in the jury at 1:20 p.m.
Direct continues by Ms. Bondada of Mr. Winter.
Gov't Exh 162, 163, 167, 166, 169, 129, 130, 174, 102, 101 marked/admitted.
Court takes a recess at 2:24 p.m.

Court resumed at 2:52 p.m.
Direct continues by Ms. Bondada of Mr. Winter.
Gov't Exh 166-1, 100-1, 182, 171 marked/admitted.
Cross by Mr. Hissam.
Redirect by Ms. Bondada.
U.S. calls Patrick Rutten; oath given.
Direct by Mr. Ascencio.
Gov't Exh 195 marked.
Cross by Mr. Forman.
Redirect by Mr. Ascencio.
U.S. calls Timothy Lupardus; oath given.
Direct by Mr. Zisserson.
Gov't Exh 97, 98 marked/admitted.
U.S. calls Lori Mills; oath given.
Direct by Mr. Zisserson.
Court excuses jury at 4:53.
Court addresses matters outside of jury.
Court recessed at 4:54 p.m.