

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:22-cr-00182

CHRISTOPHER J. SMYTH

## VERDICT

We, the Jury, in accordance with the Court's instructions as to the governing law, unanimously find beyond a reasonable doubt as follows as to Defendant Christopher J. Smyth:

1. As to the charge contained in Count One of the Indictment:

    __X__ GUILTY           ____ NOT GUILTY

2. As to the charge contained in Count Two of the Indictment:

    __X__ GUILTY           ____ NOT GUILTY

3. As to the charge contained in Count Three of the Indictment:

    __X__ GUILTY           ____ NOT GUILTY

4. As to the charge contained in Count Four of the Indictment:

    ____ GUILTY            __X__ NOT GUILTY

5. As to the charge contained in Count Five of the Indictment:

    ____ GUILTY            __X__ NOT GUILTY